# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NATHALY MONSERRAT SANCHEZ-AGUIRRE (1),

    Defendant.

CASE NO. 16CR3018-W

**JUDGMENT OF DISMISSAL**

FILED FEB 05 2018 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Information:

8 USC 1324(a)(1)(A)(ii),(v)(II) and (a)(1)(B)(i) - Transportation

Of Certain Aliens for Financial Gain and Aiding and Abetting

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 02/05/2018

                Thomas J. Whelan
                U.S. District Judge